**Motion Granted; Order filed August 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00934-CV

_____

### AIRCON CORPORATION AND GRECON, INC., Appellants

### V.

### RALPH A. FIGGS, Appellee

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2016-26100**

## ORDER

This is an appeal from a judgment signed July 25, 2018. On July 29, 2019, appellant Grecon, Inc. filed a motion to dismiss its appeal. *See* Tex. R. App. P. 42.1. The motion is granted**.**

Appellant Grecon, Inc.'s appeal is dismissed. The appeal of appellant Aircon Corporation remains pending.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.